UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DE GUZMAN, et al., | No. 2: 16-cv-00797 KJM CKD |
| Plaintiffs, | |
| v. | ORDER |
| THE BANK OF NEW YORK MELLON, et al., | |
| Defendants. | |

Plaintiffs filed a complaint on April 18, 2016. The case was set for a pretrial scheduling conference on September 1, 2016, with joint status report due no later than seven (7) days prior to the scheduling conference. On April 22, 2016, plaintiffs' filed a Notice of Lis Pendens. Defendants have not yet appeared in this action and as of today's date, no further action has been taken by plaintiffs to complete litigation of this case.

IT IS THEREFORE ORDERED that:

1. Plaintiffs show cause within fourteen days of the date of this order is filed why this case should not be dismissed for failure to prosecute. FED. R. CIV. P. 41(b).

/////

/////

1

2. The Initial Scheduling Conference set for September 1, 2016 is VACATED and RESET for **October 13, 2016 at 2:30 p.m**.  The parties' **joint status report is due no later than seven (7) days prior to the scheduling conference**.

DATED:  August 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

2